**Jeanne Marie CABLE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 175.**

Circuit Court of Appeals, Second Circuit.

March 20, 1939.

J. Nelson Anderson, of Washington, D. C. (Stanley Worth, of Washington, D. C., of counsel), for petitioner.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Arnold Raum, Sp. Assts. to Atty. Gen., for respondent.

Before SWAN and AUGUSTUS N. HAND, Circuit Judges, and PATTERSON, District Judge.

PER CURIAM.

Decision affirmed on the authority of Baker v. Commissioner of Internal Revenue, 2 Cir., 80 F.2d 813.

**James CALLAHAN, Appellant, v. UNITED STATES of America.**

**Frank GRIER, Appellant, v. UNITED STATES of America.**

**James CARTER, Appellant, v. UNITED STATES of America.**

**Mike CUMMINGS, Appellant, v. UNITED STATES of America.**

**Nos. 10947–10950.**

Circuit Court of Appeals, Eighth Circuit.

Oct. 24, 1938.

Julius C. Shapiro, James Daleo, and William Goodman, all of Kansas City, Mo., for appellants.

Maurice M. Milligan, U. S. Atty., and Thomas A. Costolow and Sam C. Blair, U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Judgments and sentences vacated and cases remanded to District Court with power in its discretion to permit appellants, or any of them, to change their pleas, etc., and to impose such sentence as to each appellant as the District Court shall, in its discretion, determine; on motion of appellants and consent.

**Joe CAMMISANO, Alias Joe Cummings, Appellant, v. UNITED STATES of America.**

**Willie CAMMISANO, Alias Willie Cammisano, Appellant, v. UNITED STATES of America.**

**Nos. 11223, 11224.**

Circuit Court of Appeals, Eighth Circuit.

Jan. 9, 1939.

Joseph N. Miniace, of Kansas City, Mo., for appellants.

Maurice M. Milligan, U. S. Atty., and Randall Wilson, Sam C. Blair, and Otto Schmid, Asst. U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Appeals dismissed for failure to comply with rules of Supreme Court of the United States and of this Court.